IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| DONTE MAURICE CONARD, | ) | CASE NO. 1:17-CV-524 |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) | **MEMORANDUM OPINION AND ORDER** |

On August 23, 2017, the parties filed an Amended Motion to Remand under Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they request that the Court remand the case for further proceedings and enter judgment. Doc. 18 ("Motion"). The parties stipulate that:

> On remand, the ALJ will conduct a new hearing; re-evaluate the record medical opinions; reevaluate the claimant's RFC; re-evaluate the claimant's subjective symptom statements under SSR 16-3p; and obtain additional vocational evidence as warranted.

Doc. 18.

Upon consideration of the parties' Motion, the Court hereby grants the parties' Motion, remands the case for further proceedings consistent with the parties' Motion, and enters judgment in favor of Plaintiff.

Dated: August 25, 2017

_____
Kathleen B. Burke
United States Magistrate Judge